```
1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   JEFF MITCHELL (CABN 236225)
3  Chief, Criminal Division

4  CYNTHIA FREY (DCBN 475889)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       cynthia.frey@usdoj.gov
8
   Attorneys for United States of America
9
```

**FILED**

Mar 10 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:26-mj-70255 MAG |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO |
| v. | ) RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| KEVIN KRAUSE, | ) |
| Defendant. | ) |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on _____March 10, 2026_____, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒   Indictment

☐   Information

☐   Criminal Complaint

☐   Other (describe) _____

pending in the <u>EASTERN</u> District of <u>MICHIGAN</u>, Case Number <u>CR 26-20108</u>.

In that case (copy of indictment attached), the defendant is charged with a violation of Title 18 United States Code, Section 875(c).

v. 8/29/2025

Description of Charges: Interstate Communication Containing Threat to Kill or Injure Through Use of the Internet.

    The maximum penalties are as follows: Term of imprisonment of up to five years, a term of supervised release of up to 3 years, and a fine of not more than $250,000.

                                  Respectfully Submitted,

                                  CRAIG H. MISSAKIAN
                                  UNITED STATES ATTORNEY

                                  /s/ *Cynthia Frey*

Date: March 10, 2026

                                  CYNTHIA FREY
                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN KRAUSE,

        Defendant.

Case No. 26-cr-20108

Violations:
18 U.S.C. § 875(c)

**INDICTMENT**

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Interstate Communication Containing Threat to Kill or Injure Through Use of the Internet
### 18 U.S.C. § 875(c)

On or about September 2, 2025, in the Eastern District of Michigan, KEVIN KRAUSE, knowingly and willfully transmitted in interstate and foreign commerce, by use of the internet, a comment on Facebook, a social media platform, a communication which contained a threat to kill or injure PERSON A, specifically,

1

KRAUSE threatened to physically attack and injure PERSON A. All in violation of Section 875(c) of Title 18 of the United States Code.

Dated: February 25, 2026             THIS IS A TRUE BILL

                                     s/*Grand Jury Foreperson*
                                     GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/*Anthony P. Vance*                 s/*Katharine Hemann*
ANTHONY P. VANCE                     KATHARINE HEMANN
Assistant United States Attorney     Assistant U.S. Attorney
Chief, Branch Offices                101 First Street, Suite 200
                                     Bay City, Michigan 48708-5747
                                     (989) 895-5712

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re:                                              Case No. 1:26-CR-20108

SEALED MATTER                                       Judge Lawson

_____/

## NOTICE OF JUDICIAL ASSIGNMENT AND CASE NUMBER

Pursuant to a court order, the above document(s) are sealed and have been placed in the custody of the Clerk's Office.

These documents will be made public only when the clerk is presented with an order to unseal.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: 2/25/2026            By:   s/ Kristen Castaneda
                                  Deputy Clerk

Distribution: U.S. Attorney's Office    AUSA: Katharine Hemann

AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Katharine Hemann    Telephone: (989) 895-5712
Agent: Nicholas Vanderploeg    Telephone: (989) 892-6525

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kevin Krause

Case: 1:26-cr-20108

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kevin Krause,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c) Interstate Communication Containing Threat to Kill or Injure Through Use of the Internet

Date: 2/25/2026

City and state: Bay City, MI

*Issuing officer's signature*

KRISTEN CASTANEDA
DEPUTY CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kevin Mark Krause
Known aliases:
Last known residence:
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 05/17/1961
Social Security number:
Height:                                                   Weight:
Sex: Male                                                 Race:
Hair:                                                     Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:
F.B.I.

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: